UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY ALICIA McKEITHEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-112-JWD-SDJ** |
| **COMMISSIONER OF THE SOCIAL SECURITY AMINISTRATION** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 20, 2022, (Doc. 6), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's cause of action is **DISMISSED** pursuant to Local Rule 41(b)(1), and this Court's inherent power, for **failure to prosecute**. *See Campbell v. Wilkinson*, 988 F.3d 798, 800 (5th Cir. 2021) ("Under Rule 41(b), a defendant may move to dismiss the action or any claim against it if the plaintiff fails to prosecute or to comply with these rules or a court order. It is well established that Rule 41(b) permits dismissal not only on motion of the defendant, but also on the Court's own motion."); *Cintron-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002) ("A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in [Rule] 41(b).").

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 11, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**